WILLIAM A. HOLDREN, Appellant, v. ORVAL C. MORRIS et al., Individually and Doing Business under the Name of MORRIS & REIMANN, Respondents.—

1032

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.